IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TONY PILLOW, JR. and GILECIA PILLOW,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:17-CV-1952-L** |
| | § § | |
| **US BANK NATIONAL ASSOCIATION** as Trustee for GSMPS Mortgage Loan Trust 2006-RP1, | § § § § § | |
| Defendant. | § | |

**ORDER**

On June 13, 2019, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 35), recommending that the court grant Defendant's Motion to Dismiss (Doc. 27), filed September 14, 2018, to which Plaintiffs did not file a response, and dismiss with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), all claims and requests for relief asserted and requested by Plaintiffs against Defendant. Plaintiffs have not requested to amend their pleadings in response to the motion to dismiss, although they were given an opportunity to do so. Because Plaintiffs were previously allowed to amend their pleadings, but failed to address the deficiencies previously identified, and they did not respond to the motion to dismiss, the magistrate judge further recommends that Plaintiffs not be allowed another opportunity to amend their pleadings, as it appears they have pleaded their best case. No objections to the Report were filed.

**Order - Page 1**

Having reviewed the motion, pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss (Doc. 27) and **dismisses with prejudice**, pursuant to Federal Rule of Civil Procedure 12(b)(6), all claims and requests for relief asserted and requested by Plaintiffs in this action against Defendant. Further, the court will not allow Plaintiffs another opportunity to amend their pleadings. In addition to the reasons stated by the magistrate judge, the court also notes that allowing Plaintiffs to further amend their pleadings would unnecessarily delay the resolution of this litigation.

**It is so ordered** this 16th day of July, 2019.

Sam A. Lindsay
United States District Judge